UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| STEVE GLOVER, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | 2:15-CV-00646-JRG-RSP |
| MICHAEL T. TROMMELEN and | § | |
| JOY GLOBAL (CANADA), LTD., | § | |
|     Defendants. | § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

The Plaintiff and the Defendants have resolved all matters in controversy in this case and move that the Court make a final order providing that:

(1) All the claims and causes of action asserted in this case by Plaintiff, Steve Glover, are dismissed with prejudice to the refiling of same;

(2) All costs of Court are taxed against the party that incurred them; and

(3) All relief sought by any party to this case that is not expressly granted in such final order is, in all things, denied.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICE OF BRADLEY T. STEELE | **FLETCHER, FARLEY SHIPMAN & SALINAS, L.L.P.** |
| /s/ *Bradley T. Steele* | /s/ *Richard G. Miller* |
| BRADLEY T. STEELE | Douglas D. Fletcher |
| STATE BAR NO. 19099350 | State Bar No. 07139500 |
| 1101 Judson Road | doug.fletcher@fletcherfarley.com |
| Longview, Texas  75601 | Richard G. Miller |
| (903) 234-8844 | State Bar No. 14107500 |
| Fax:  (903) 234-8848 | richard.miller@fletcherfarley.com |
| Email:  brad@bradsteelelaw.com | Eugene T. Rhee |
| | State Bar No. 24091134 |
| **ATTORNEY FOR PLAINTIFF STEVE GLOVER** | gene.rhee@fletcherfarley.com |
| | 9201 N. Central Expressway, Suite 600 |
| | Dallas, Texas 75231 |
| | (214) 987-9600 |
| | (214) 987-9866 (Facsimile) |
| | **ATTORNEYS FOR DEFENDANTS MICHAEL T. TROMMELEN and JOY GLOBAL (CANADA) LTD.** |

## CERTIFICATE OF PERMISSION

      This Agreed Motion for Dismissal with Prejudice is being filed by counsel for Defendant, and the attorney-in-charge for Plaintiff, Bradley T. Steele, has given his permission to affix his electronic signature approving same.

                                              */s/ Richard G. Miller*
                                              **RICHARD G. MILLER**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing instrument has been served on all attorneys of record via ECF filing, in compliance with the FEDERAL RULES OF CIVIL PROCEDURE, on this the 23rd day of December 2015.

                                                */s/ Richard G. Miller*
                                              **RICHARD G. MILLER**