UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STEVE GLOVER, § | |
|     Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. |
| § | 2:15-CV-00646-JRG-RSP |
| MICHAEL T. TROMMELEN and § | |
| JOY GLOBAL (CANADA), LTD., § | |
|     Defendants. § | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

CAME ON TO BE CONSIDERED the Agreed Motion for Dismissal with Prejudice and the Court, having considered same, finds that it should be granted in all things.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT:

(1) All of the claims and causes of action asserted in this case by Plaintiff Steve Glover are dismissed with prejudice to the refiling of same;

(2) Each party shall bear its own costs and fees; and

(3) All relief sought by any party to this case that is not expressly granted in this final order is DENIED.

SIGNED this 28th day of December, 2015.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE